

FILED

06/07/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0162

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 23-0162

---

ROBERT L. ROSE,

      Petitioner and Appellant,

    v.

MONTANA DEPARTMENT OF
CORRECTIONS, BRIAN GOOTKIN, Director;
and JAMES SALMONSEN, Warden of Montana
State Prison,

      Respondents and Appellees.

**O R D E R**

---

Appellant Robert L Rose has filed a third motion for extension of time to file his reply brief. Good cause appearing,

IT IS HEREBY ORDERED that Appellant has until June 17, 2024, to file his reply brief.

No further extensions will be granted.

DATED this ⁄⁄ day of June, 2024.

FILED

JUN 7 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

For the Court,

_____
Chief Justice